JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JOSEPH, | Case No.: CV 10-5167 DSF (Ex) |
| Plaintiff, | |
| vs. | JUDGMENT |
| UNITED STATES OF AMERICA, M. RAANAN, and MURIEL SIEBERT & CO., INC., | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice as to Muriel Siebert & Co, Inc., and without prejudice as to the United States of America and M. Raanan, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/25/11

_____
Dale S. Fischer
United States District Judge